# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOANNY NUNEZ-MINCHAN,<br><br>**Petitioner,**<br><br>v.<br><br>**NIKITA BAKER,** Director, Baltimore Field Office, U.S. Immigration and Customs Enforcement, et al.<br><br>**Respondents.** | Case No.: 25-3676 (BAH) |

## JOINT STATUS REPORT

1. The Parties submit this Status Report to advise the Court of recent developments. On November 10, 2025, counsel conferred by telephone regarding Petitioner Nunez-Minchan's request for temporary release to allow her to arrange her affairs and pursue voluntary departure.

2. On November 10, 2025, Government counsel was advised that U.S. Immigration and Customs Enforcement ("ICE") is amenable to releasing Petitioner for sixty (60) days to permit preparation for voluntary departure. Petitioner has elected to voluntarily depart the United States.

3. The Parties propose that Petitioner be released from ICE custody and placed in ICE's Alternative to Detention (ATD) program requiring global positioning system (GPS) tracking that must be worn at all times. Petitioner will remain subject to the jurisdiction of this Court. The Parties will provide a joint status report in 60 days confirming Petitioner's voluntary departure. If Petitioner fails to voluntary depart the United States within 60 days

1

of her release, she will be re-detained and ICE will reinstitute its procedures to remove her to Mexico.

Dated: November 10, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas Corcoran<br>Thomas F. Corcoran<br>Assistant United States Attorney<br>36 South Charles Street, 4th Floor<br>Baltimore, Maryland 21201<br>(410) 209-4800<br>Thomas.corcoran@usdoj.gov<br>*Counsel for Respondent* | /s/Ronald D. Richey<br>Ronald D. Richey<br>Maryland Bar No. 0906240005<br>Law Office of Ronald D. Richey<br>19785 Crystal Rock Drive, Suite 307<br>Germantown, Maryland 20874<br>Telephone: 301 738-2338<br>Email:<br>infor@immigrationlawrichey.com<br>*Counsel for Petitioner* |

SO ORDERED:*

_____
The Honorable Brendan A. Hurson
United States District Judge
District of Maryland

**\* The parties are to contact the Court in advance if Petitioner is unlikely to voluntarily depart within 60 days so the Court can consider an amendment to this Order or another action.**